COM.

v.

**TOOT, D.**

**247 MDA 2017**

Superior Court of Pennsylvania.

08/29/2017

CP–01–CR–0000674–2016
(Adams)

Affirmed

COM.

v.

**MACKEL, J.**

**1341 WDA 2016**

Superior Court of Pennsylvania.

08/29/2017

Reargument Denied 11/8/2017

CP–02–CR–0015783–2014
(Allegheny)

Vacated/Affirmed

**PEOPLES NATURAL GAS**

v.

**CAMESI, A.**

**1502 WDA 2016**

Superior Court of Pennsylvania.

08/29/2017

GD–14–8143
(Allegheny)
Affirmed

COM.

v.

**STROH, B.**

**1875 WDA 2016**

Superior Court of Pennsylvania.

08/29/2017

CP–07–CR–0000621–2012 (Blair)

Vacated/Remanded

COM.

v.

**MCNEAR, R.**

**2058 EDA 2016**

Superior Court of Pennsylvania.

08/30/2017

CP–09–CR–0000987–2011 (Bucks)

Affirmed